## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **EDWARD CORREA** | : | |
| | : | |
| **DEBTOR** | : | **NO. 17-18097 (JKF)** |

### CERTIFICATION REGARDING PAYMENT ADVICES PURSUANT TO 11 U.S.C. SECTION 521(a)(1)(B)(iv)

I, Edward Correa, debtor, certify that I was not employed for the full 60 day period before the filing of the petition. Consequently, I do not have payment advices for the entire 60 day period. However, the pay advices attached hereto are all of the pay advices I received during the 60 day period.

I hereby verify that the statements made above are true and correct to the best of my knowledge, information and belief and that these statements are made subject to the penalties of 18 Pa. C.S.A. Section 4904 relating to unsworn falsification to authorities.

Date: 12/27/17

_____
Edward Correa

**LibertyResources**

Liberty Home Choices
112 N 8th Street
Suite 600
Philadelphia, PA 19107
215-634-2000 Ext 260

Pay Statement
Period Start Date 11/04/2017
Period End Date 11/10/2017
Pay Date 11/17/2017
Document 1287
Net Pay $258.35

## Pay Details

| | | | |
|---|---|---|---|
| Edward Correa | Employee Number 009053 | Pay Group Weekly LHC | Federal Income Tax S 1 |
| 4233 Neilson Street | SSN XXX-XX-XXXX | Location Philadelphia | PA State Income Tax (Residence) S 1 |
| Philadelphia, PA 19124 | Job Personal Care Attendant | Division SS - Support Services | PA State Income Tax (Work) S 1 |
| USA | Pay Rate $10.6000 | Cost Center 995 - Liberty Home Choices | |
| | Pay Frequency Weekly | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Holiday | 0.0000 | $0.00 | $24.94 |
| Overtime | 0.0000 | $0.00 | $228.37 |
| Paid Time Off | 0.0000 | $0.00 | $94.50 |
| Regular Pay | 31.0000 | $328.60 | $4,715.03 |

Total Hours 31.0000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | YTD | Employer Current | YTD |
|---|---|---|---|---|---|---|
| No records found | | | | | | |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $328.60 | $22.01 | $370.81 |
| Employee Medicare | $328.60 | $4.76 | $73.41 |
| Social Security Employee Tax | $328.60 | $20.38 | $313.90 |
| PA State Income Tax | $328.60 | $10.09 | $155.45 |
| PHILA R | $328.60 | $12.78 | $197.43 |
| PA Unemployment Employee | $328.60 | $0.23 | $3.53 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO Union 07/15 | 0.7750 | 0.7750 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| Check amount | | $258.35 |
| Total | | $258.35 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $328.60 | $328.60 | $70.25 | $0.00 | $258.35 |
| YTD | $5,062.84 | $5,062.84 | $1,114.53 | $0.00 | $3,948.31 |

**Liberty Resources**

Liberty Home Choices
112 N 8th Street
Suite 600
Philadelphia, PA 19107
215-634-2000 Ext 260

Pay Statement
Period Start Date 11/11/2017
Period End Date 11/17/2017
Pay Date 11/24/2017
Document 49845
Net Pay $269.53

## Pay Details

Edward Correa
4233 Neilson Street
Philadelphia, PA 19124
USA

Employee Number 009053
SSN XXX-XX-XXXX
Job Personal Care Attendant
Pay Rate $10.6000
Pay Frequency Weekly

Pay Group Weekly LHC
Location Philadelphia
Division SS - Support Services
Cost Center 995 - Liberty Home Choices

Federal Income Tax S 1
PA State Income Tax (Residence) S 1
PA State Income Tax (Work) S 1

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Holiday | 0.0000 | $0.00 | $24.94 |
| Overtime | 0.0000 | $0.00 | $228.37 |
| Paid Time Off | 0.0000 | $0.00 | $94.50 |
| Regular Pay | 32.5000 | $344.50 | $5,059.53 |

Total Hours 32.5000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | YTD | Employer Current | YTD |
|---|---|---|---|---|---|---|
| No records found | | | | | | |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $344.50 | $24.39 | $395.20 |
| Employee Medicare | $344.50 | $5.00 | $78.41 |
| Social Security Employee Tax | $344.50 | $21.36 | $335.26 |
| PA State Income Tax | $344.50 | $10.58 | $166.03 |
| PHILA R | $344.50 | $13.40 | $210.83 |
| PA Unemployment Employee | $344.50 | $0.24 | $3.77 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO Union 07/15 | 0.8125 | 1.5875 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx5012 | Debit Card | $269.53 |
| Total | | $269.53 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $344.50 | $344.50 | $74.97 | $0.00 | $269.53 |
| YTD | $5,407.34 | $5,407.34 | $1,189.50 | $0.00 | $4,217.84 |

**LibertyResources**

Liberty Home Choices
112 N 6th Street
Suite 600
Philadelphia, PA 19107
215-634-2000 Ext 260

**Pay Statement**
Period Start Date 11/18/2017
Period End Date 11/24/2017
Pay Date           12/01/2017
Document           50855
Net Pay            $260.73

## Pay Details

| Edward Correa | Employee Number | 009053 | Pay Group | Weekly LHC | Federal Income Tax | $1 |
| 4233 Nelson Street | SSN | XXX-XX-XXXX | Location | Philadelphia | PA State Income Tax (Residence) | $1 |
| Philadelphia, PA 19124 | Job | Personal Care Attendant | Division | SS - Support Services | PA State Income Tax (Work) | $1 |
| USA | Pay Rate | $10.6000 | Cost Center | 995 - Liberty Home Choices | | |
| | Pay Frequency | Weekly | | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Holiday | 1.5000 | $15.90 | $43.94 |
| Overtime | 0.0000 | $0.00 | $228.37 |
| Paid Time Off | 0.0000 | $0.00 | $94.50 |
| Regular Pay | 32.5000 | $344.50 | $5,404.93 |

Total Hours 34.0000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | YTD | Employer Current | YTD |
|---|---|---|---|---|---|---|
| No records found | | | | | | |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $360.40 | $26.78 | $421.96 |
| Employee Medicare | $360.40 | $5.22 | $83.63 |
| Social Security Employee Tax | $360.40 | $22.34 | $357.60 |
| PA State Income Tax | $360.40 | $11.06 | $177.09 |
| PHILA R | $360.40 | $14.02 | $224.85 |
| PA Unemployment Employee | $360.40 | $0.25 | $4.02 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO Union 07/15 | 0.8500 | 2.4375 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx5012 | Debit Card | $260.73 |
| Total | | $260.73 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $360.40 | $360.40 | $79.67 | $0.00 | $280.73 |
| YTD | $5,767.74 | $5,767.74 | $1,269.17 | $0.00 | $4,498.57 |