# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **EDWARD CORREA** | : | |
| | : | |
| DEBTOR | : | NO. 17-18097 (JKF) |

## ORDER APPROVING COUNSEL FEE

    **AND NOW**, this    day of                  , 2018, upon consideration of the Application of David B. Spitofsky, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

    **ORDERED AND DECREED** that the Application is approved in the amount of $4,000.00 and that the balance as stated in the Application, in the amount of $3,000.00, shall be paid to Debtor's(s') counsel as an administrative expense to the extent provided for by the terms of Debtor's (s') confirmed chapter 13 plan.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE

**Date: June 6, 2018**

cc:
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA 19606

Edward Correa
4233 Neilson Street
Philadelphia, PA 19124