United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward Correa  
    Debtor

Case No. 17-18097-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: John　　　Page 1 of 1　　　Date Rcvd: Jun 07, 2018  
　　　　　　　　　　　　Form ID: 155　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.  
db　　　　+Edward Correa,　　4233 Neilson Street,　　Philadelphia, PA 19124-4921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:

    DAVID B. SPITOFSKY　　on behalf of Debtor Edward　Correa spitofskybk@verizon.net, spitofskylaw@verizon.net  
    FREDERICK L. REIGLE　　ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
    FREDERICK L. REIGLE　　on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
    KEVIN G. MCDONALD　　on behalf of Creditor　 MIDFIRST BANK bkgroup@kmllawgroup.com  
    MATTEO SAMUEL WEINER　　on behalf of Creditor　 MIDFIRST BANK bkgroup@kmllawgroup.com  
    United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Edward Correa
        Debtor(s)                                                                 Chapter: 13

                                                                     Bankruptcy No: 17−18097−jkf
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 6, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                       Jean K. FitzSimon
                                                       Judge ,
                                                       United States Bankruptcy Court

                                                                             28
                                                                        Form 155