**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Edward Correa<br>            Debtor(s)<br>     Richard Correa<br>            Co-Debtor<br><br>MIDFIRST BANK<br>            v.<br>Edward Correa<br>            and<br>Scott Waterman Esq.<br>            Trustee | Chapter 13<br><br><br><br>NO. 17-18097 JKF |

**ORDER**

AND NOW, this 11th day of October, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED ~~AND DECREED~~ that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4233 Neilson Street Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Edward Correa
4233 Neilson Street
Philadelphia, PA 19124

Richard Correa
4233 Neilson Street
Philadelphia, PA 19124

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

DAVID B. SPITOFSKY ESQUIRE
516 Swede Street
Norristown, PA 19401

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532