United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-18097-jkf
Edward Correa                                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John                Page 1 of 2              Date Rcvd: Oct 21, 2019
                       Form ID: pdf900            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
```
db              +Edward Correa,    4233 Neilson Street,    Philadelphia, PA 19124-4921
14022386        +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
                  Norristown, PA 19401-4807
14022391        +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
                  Philadelphia, PA 19106-1538
14033028        +MIDFIRST BANK,    c/o MATTEO SAMUEL WEINER,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14053523        +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14022392        +Midfirst Bank,    999 N.W. Grand Boulevard,   Suite 100,    Oklahoma City, OK 73118-6051
14026467        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                  Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Oct 22 2019 03:32:39     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2019 03:32:11
                  Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 22 2019 03:32:29     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14022389         E-mail/Text: documentfiling@lciinc.com Oct 22 2019 03:31:52     Comcast Cable,    P.O. Box 3006,
                  Southeastern, PA 19398-3006
14022390        +E-mail/Text: bknotice@ercbpo.com Oct 22 2019 03:32:24     Enhanced Recovery Corporation,
                  P.O. Box 57547,    Jacksonville, FL 32241-7547
14022388        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 22 2019 03:32:21     Frederic J. Baker, Esquire,
                  Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
14051813         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 03:44:54
                  LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                  Company,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14022393         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2019 03:46:06
                  Portfolio Recovery Associates,    120 Corporate Blvd.,   Norfolk, VA 23502
14029759         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2019 03:45:19
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14022394        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 22 2019 03:31:51
                  Verizon Pennsylvania,    500 Technology Drive,   Weldon Springs, MO 63304-2225
                                                                                             TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14022387*       +Edward Correa,    4233 Neilson Street,    Philadelphia, PA 19124-4921
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Edward  Correa spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
```

```
District/off: 0313-2           User: John                 Page 2 of 2                   Date Rcvd: Oct 21, 2019
                               Form ID: pdf900            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

EDWARD   CORREA

                                                    : Chapter 13

        Debtor(s)                                   : Bankruptcy No. 17-18097JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

BY THE COURT

**Date: October 21, 2019**

Jean K. FitzSimon, B. J.